GEORGE S. POWERS, as Administrator of the Estate of ANNA V. POWERS, Deceased, Appellant, *v.* MONTGOMERY WARD & CO., INCORPORATED, Respondent.

Argued November 23, 1937; decided December 7, 1937.

*Bayard J. Stedman* for appellant.

*James L. Kelly* and *George W. Watson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.